IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON MOSKOWITZ, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NESHAMINY SCHOOL DISTRICT *et al.*, | : | No. 20-5016 |
| *Defendants* | : | |

# ORDER

**AND NOW**, this ___18___ day of December, 2021, upon consideration of Defendant Neshaminy School District's Motion to Dismiss (Doc. No. 24), Plaintiff's response in opposition (Doc. No. 26), Neshaminy School District's reply (Doc. No. 27), and oral argument on the Motion having been held on September 30, 2021, it is hereby **ORDERED** that:

1. The Motion to Dismiss (Doc. No 26) is **GRANTED** and the claims against Neshaminy School District are **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff is **GRANTED** leave to file an amended complaint within 14 days of the entry of this Order;

3. The Joint Motion for Extension of Time to File Motions for Summary Judgment (Doc. No. 33) is **GRANTED** for the remaining parties;

4. Dispositive motions must be filed on or before **December 17, 2021**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**