IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON MOSKOWITZ,<br>    *Plaintiff* | : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| NESHAMINY SCHOOL DISTRICT *et al.*,<br>    *Defendants* | : <br> : | No. 20-5016 |

**ORDER**

AND NOW, this 18th day of January, 2022, upon consideration of Defendant Neshaminy School District's Motion to Dismiss (Doc. No. 39), Plaintiff's response in opposition (Doc. No. 41), and Neshaminy School District's reply (Doc. No. 42), it is hereby **ORDERED** that the Motion to Dismiss (Doc. No 39) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Mr. Moskowitz's claims for punitive damages against Neshaminy School District are **DISMISSED**;

2. The remainder of Neshaminy School District's Motion to Dismiss is **DENIED**;

3. Defendant Neshaminy School District shall **ANSWER** the Second Amended Complaint (Doc. No. 37) within 14 days of the entry of this Order;

4. Counsel for all parties shall appear for a scheduling conference in the Court's Chambers, Room 10613, United States Courthouse, 601 Market Street, Philadelphia, PA, 19106, on **Thursday, February 24, 2022 at 3:00 p.m.**

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1