IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON MOSKOWITZ,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| NESHAMINY SCHOOL DISTRICT *et al.*,<br>*Defendants* | : | No. 20-5016 |

## ORDER

**AND NOW**, on this 12th day of September, 2022, upon consideration of Educational Staffing Solutions and HR Service Group LLC's Motion for Summary Judgment (Doc. No. 50), Neshaminy School District's Motion for Summary Judgment (Doc. No. 51), the responses and replies thereto (Doc. Nos. 55, 56, 61 & 63), and this Court having heard oral argument on July 25, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motions (Doc. Nos. 50 & 51) are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary judgment is **GRANTED** for HR Services Group LLC on all claims;

2. Summary judgment is **GRANTED** for Educational Staffing Solutions for claims based on the January 13th request for FMLA leave;

3. Summary judgment is **GRANTED** for Educational Staffing Solutions and Neshaminy School District on the retaliation claims; and

4. Summary judgment is **DENIED** for the remainder of the claims.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1